

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00993-CV

**IN THE INTEREST OF M.R.S.** and C.A.H., Children

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2022PA00314
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, we AFFIRM the trial court's order terminating the parental rights of appellants, A.H. and F.S.[1] Because appellants are indigent, no costs of this appeal are assessed against them.

SIGNED May 7, 2024.

Luz Elena D. Chapa, Justice

---

[1] To protect the identity of the minor children, we refer to appellants and the children by their initials. *See* TEX. FAM. CODE § 109.002(d); TEX. R. APP. P. 9.8.